# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

137989

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ESTATE OF CONNOR TYSZKA, by his
Conservator, JACQUELINE TYSZKA,
      Plaintiff-Appellant,

v

WOMEN TO WOMEN HEALTH CENTER,
P.C., and ANNE MARIE McCARREN, M.D.,
      Defendants-Appellees.

SC: 137989
COA: 281166
Wayne CC: 06-603308-NH

_____/

     On order of the Court, the application for leave to appeal the November 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

d0615

Clerk